# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00465-CV

**In re Kenneth M. Best**

**T. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-004884, THE HONORABLE AURORA MARTINEZ-JONES, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of T.C. The subject of this proceeding is Kenneth M. Best, appellant's attorney.

Appellant filed her notice of appeal on September 10, 2021, and her brief was due October 25, 2021. On October 29, 2021, we ordered counsel to file appellant's brief no later than November 4, 2021. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Kenneth M. Best shall appear in person before this Court on Wednesday, December 1, 2021, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed

for his failure to obey our October 29, 2021 order. This order to show cause will be withdrawn and Best will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before November 29, 2021.

It is ordered on November 10, 2021.

Before Justices Goodwin, Baker, and Smith